UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYBIL AHMAD, | : |
| Plaintiff | : No. 4:11-CV-01342 |
| vs. | : (Judge Nealon) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant | : |

### ORDER

In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Sybil Ahmad as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Sybil Ahmad disability insurance benefits and supplemental security income benefits is affirmed.

3. The Clerk of Court shall close this case.

_____
United States District Judge

Dated: November 8, 2012

FILED
SCRANTON

NOV 0 8 2012

PER _____
DEPUTY CLERK