UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SYBIL AHMAD, :
:
    Plaintiff : No. 4:11-CV-01342
:
vs. : (Judge Nealon)
:
MICHAEL J. ASTRUE, :
COMMISSIONER OF SOCIAL :
SECURITY, :
:
    Defendant :

### ORDER

In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Sybil Ahmad as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Sybil Ahmad disability insurance benefits and supplemental security income benefits is affirmed.

3. The Clerk of Court shall close this case.

                                                                /s/ William Nealon
                                                        United States District Judge

Dated: November 8, 2012

                                                                FILED
                                                              SCRANTON

                                                              NOV 0 8 2012

                                              PER _____
                                                   DEPUTY CLERK